ROBERT L. FORKNER    (CSB# 166097)
PATRICIA ORLANDO     (CSB# 188057)
JULISSA ECHEVARRIA   (CSB# 309107)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95254
PH: 209-544-0200  FAX: 209-544-1860
E-Mail: RFORKNER@FORKNERLAW.COM

Attorneys for Defendant,
KENNY RAY RANDALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KENNY RAY RANDALL,<br><br>          Defendant | Case No.: 1:17-CR-00075-1-LJO<br><br>KENNY RAY RANDALL'S NOTICE OF WAIVER OF PERSONAL APPEARANCE, and ORDER<br>[FIRST AMENDED]<br><br>DATE: August 7, 2017<br>TIME: 1:00 PM<br>COURTROOM: 7<br><br>Hon. Sheila K. Oberto |

TO THE HONORABLE JUDGE SHEILA K. OBERTO, AND TO THE UNITED

STATES ATTORNEY:

The undersigned defendant, KENNY RAY RANDALL, having been

advised of his right to be present at all stages of the

proceedings hereby waives his right to be present in open Court

upon the hearing of any motion or other proceeding in this cause,

WAIVER OF APPEARANCE
- 1 -

including but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court proceed during every absence of which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, ROBERT L. FORKNER, and his attorney's associates, the same as if Mr. Randall himself were personally present in court, and further agrees that notice to his attorney that his presence in court on a particular day at a particular time is required, will be deemed notice to him of the requirement of his appearance at said time and place.

Defendant acknowledges that he has been informed of his rights under Title 18, United States Code, Section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

Dated this 25th day of July, 2017.


/S/ Kenny Ray Randall
**KENNY RAY RANDALL**
**Defendant**

DATED:                        Respectfully submitted,

                              /s/ Robert L. Forkner
                              ROBERT L. FORKNER
                              Attorney for Defendant
                              KENNY RAY RANDALL


                              ORDER


        IT IS SO ORDERED.

        Dated:   **July 25, 2017**        /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE

WAIVER OF APPEARANCE
- 3 -