ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209)544-0200
Fax: (209)544-1860

Attorney for Defendant
KENNY RAY RANDALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-CR-00075-LJO SKO |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO TERMINATE LOCATION MONITORING PROGRAM |
| v. | |
| KENNY RAY RANDALL, | |
| Defendant. | |

Defendant KENNY RAY RANDALL, through his attorney ROBERT L. FORKNER, with the consent and approval of Pretrial Services Officers Alicia Mirgain, respectfully requests that the Defendant's location monitoring condition be removed. Defendant was originally ordered released by Magistrate Judge Stanley A. Boone on March 8, 2017, on his own recognizance. On January 4, 2018, his location monitoring condition was modified from Home Incarceration to Home Detention.

Removal of the location monitoring program is requested because Mr. Randall has been in compliance with the conditions of release since said conditions were imposed. Since the modification in January, Mr. Randall has maintained employment with DBI Beverages,

continues to submit to drug testing, and has shown ongoing verification of employment as directed.  Mr. Randall has been compliant with his release conditions and successfully completed the Better Choices Court Program on May, 2018.   The remaining conditions would continue to be in full force and effect.

Further, counsel and pretrial services have conferred about this request and there is no objection from Assistant U.S. Attorney Laurel J. Montoya for the termination of the location monitoring program.

IT IS SO STIPULATED

Dated:  June 12, 2018                     /s/ Robert L. Forkner
                                          ROBERT L. FORKNER
                                          Attorney for Defendant
                                          KENNY RAY RANDALL

Dated: June 12, 2018                      /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
                                          Assistant U.S. Attorney

ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the location monitoring program be terminated, and that all other conditions and special conditions of pretrial release remain in full force and effect.

IT IS SO ORDERED.

Dated:  **June 12, 2018**                 /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE