| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>MELANIE L. ALSWORTH<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>KENNY RAY RANDALL,<br><br>                  Defendant. | CASE NO. 17-CR-00075 LJO<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: January 14, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

      Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

      1.      By previous order, this matter is currently set for sentencing on January 14, 2019.

      2.      The government was notified that the discovery provided to the United States Probation Officer is incomplete. Counsel have agreed that the sentencing should be continued, and that the Presentence Referral Schedule be amended, to allow the government time to supplement the discovery provided to the United States Probation Officer and allow sufficient time for the USPO to revise the draft Presentence Investigation Report. The parties have conferred and are available for sentencing on March 4, 2018. However, the USPO is out of the office and has not confirmed availability on March 4.

      3.      The parties request that the Court order the following:

           a)      The sentencing hearing currently scheduled for January 14, 2019 should be rescheduled for March 4, 2019 at 9:30 a.m.;

STIPULATION TO CONTINUE SENTENCING       1

b) The Presentence Referral Schedule should be amended as follows:

(1) The amended Presentence Report should be made available to Defense Counsel and the AUSA on January 21, 2019;

(2) Informal objections are due to Probation and Opposing counsel on February 4 2019; and

(3) Objections must be filed with the Court and served on Probation and Opposing Counsel on February 18, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 4, 2018　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ MELANIE L. ALSWORTH
　　　　　　　　　　　　　　　　　　　　MELANIE L. ALSWORTH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: December 4, 2018　　　　　　　　　/s/ ROBERT FORKNER
　　　　　　　　　　　　　　　　　　　　ROBERT FORKNER
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　Kenny Ray Randall

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED that the sentencing hearing be continued to March 4, 2019, and the deadlines for the PSR are as follows:

　　Draft PSR provided to parties:　　　January 21, 2019

　　Informal objection to Draft PSR:　　February 4, 2019

　　Formal objections to PSR:　　　　　February 18, 2019

IT IS SO ORDERED.

　　Dated:　**December 4, 2018**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE