ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant,
KENNY RAY RANDALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KENNY RAY RANDALL,<br><br>          Defendant. | CR. No. 1:17-CR-00075-LJO-SKO<br><br>STIPULATION AND ORDER FOR<br>CONTINUANCE OF SENTENCING |

    Defendant, KENNY RAY RANDALL, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, MELANIE ALSWORTH, Assistant United States Attorney, hereby stipulate and request the following:

    1.   That the Court continue the sentencing hearing in the above-captioned case from March 4, 2019, to April 8, 2019, at 9:30 a.m.

2. Due to a conflict in Mr. Randall's and Mr. Forkner's calendar, defense counsel was unable to review the presentencing report with Mr. RANDALL prior to February 22, 2019. When the draft presentencing report was made available to defense counsel, Mr. Forkner was dealing with a personal medical condition. Further, defendant's work schedule, and defense counsel's previously scheduled pre-paid trip out of state did not allow for sufficient time to review the presentencing report with Mr. Randall; in order to answer his questions, research, and investigate possible defenses.

3. A continuance is requested to allow defense counsel time to file the necessary objections before the currently scheduled date. The government and probation officer have been notified and have no objections.

For these reasons, the parties stipulate and request that the Court exclude time which the trial must commence under the Speedy Trial Act from March 4, 2019 through April 8, 2019, for defense preparation under 18 U.S.C. § 3161 (h) (8) (B) (ii) and (iv).

IT IS SO STIPULATED.

Dated: February 27, 2019       /s/ Robert L. Forkner
                               ROBERT L. FORKNER
                               Attorney for Defendant
                               KENNY RAY RANDALL

| | | |
|---|---|---|
| 1 | Dated: February 27, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | by: /s/ Melanie Alsworth<br>MELANIE ALSWORTH<br>Assistant U.S. Attorney |

```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:     (209)544-0200
Fax:           (209)544-1860

Attorney for Defendant
KENNY RAY RANDALL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00075-LJO-SKO |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| KENNY RAY RANDALL, | |
| Defendant. | |

Continuance of sentencing, as requested, is GRANTED.

IT IS SO ORDERED.

Dated: **February 27, 2019**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE