PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNY RAY RANDALL,<br><br>Defendant. | NO. 1:17-CR-00075-NONE-SKO<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
|---|---|

On July 23, 2021 the Government requested an extension of time to September 9, 2021, to file its response or motion to dismiss defendant's compassionate release motion. Docket No. 108.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due September 9, 2021.

IT IS SO ORDERED.

Dated:  **July 27, 2021**

_____
UNITED STATES DISTRICT JUDGE

1